# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-130-LDG-(RJJ) |
| SHANE ESTEP, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT SHANE ESTEP

On June 28, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant SHANE ESTEP to the United States of America. Preliminary Order of Forfeiture, ECF No. 21.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 21) is final as to defendant SHANE ESTEP.

DATED this __3__ day of __October__, 2012.

_____
UNITED STATES DISTRICT JUDGE